IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | : | |
|---|---|---|
| NORMAN HANSEN, | : | CIVIL ACTION |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | No. 16-5028 |
| | : | |
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION PLAN and BOARD OF TRUSTEES OF THE INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION PLAN, | : : : : : : | |
| | : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this 1st day of August, 2018, upon consideration of Plaintiff Norman Hansen's ("Hansen") Motion for Summary Judgment and Defendants International Painters and Allied Trades Industry Pension Plan and Board of Trustees of the International Painters and Allied Trades Industry Pension Plan's (collectively, "Defendants") Renewed Motion for Summary Judgment on Count I, along with all of the responses and replies, it is hereby **ORDERED** that:

1. Hansen's Motion for Summary Judgment (Doc. No. 26) is **DENIED**;

2. Defendants' Renewed Motion for Summary Judgment on Count I (Doc. No. 25) is **GRANTED**; and

3. the Clerk of Court shall mark this case **CLOSED**.

BY THE COURT:


/s/ Robert F. Kelly
ROBERT F. KELLY
SENIOR JUDGE